UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENARD PETERSON,

    Petitioner,

  v.

PAUL KLEE,

    Respondent.
_____/

Case No. 2:12-cv-11109

Honorable Patrick J. Duggan

## OPINION AND ORDER (1) GRANTING PETITIONER'S REQUEST TO EQUITABLY TOLL THE LIMITATIONS PERIOD AND (2) DIRECTING RESPONDENT TO FILE ANY SUPPLEMENTAL STATE COURT RECORD AND A RESPONSIVE PLEADING

On March 7, 2012 Petitioner Denard Peterson ("Petitioner"), a state prisoner in the custody of the Michigan Department of Corrections ("MDOC"), filed a petition for writ of habeas corpus challenging his 2001 plea-based conviction of criminal sexual conduct in the first degree. Respondent Paul Klee ("Respondent") moved for summary judgment on September 18, 2012, arguing that the petition should be dismissed as barred by the one-year statute of limitations set forth in 28 U.S.C. § 2244(d)(1). In an Opinion and Order dated June 10, 2013, this Court denied Respondent's motion. *Peterson v. Klee*, No. 12-11109, 2013 U.S. Dist. LEXIS 80954, at *15-16 (E.D. Mich. June 10, 2013) (unpublished). Specifically, the Court determined that lingering questions of fact relating to Petitioner's mental